THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF MARYLAND

STARSHA M. SEWELL, M.Ed., ProSe )
)
Plaintiff, )
) Civil Action No: 16CV2457-PX
)
)
COMMODITY FEDERAL TRADING )
COMMISSION )
Defendant. )

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION ALONG WITH A MOTION FOR EQUITABLE TOLLING DUE TO THE NEGLIGENCE OF THE ADMINISTRAIVE AGENCIES FROM MARCH 2008 TO PRESENT: EVERY TIME THAT SEWELL FILES A COMPLIANT WITH EEOC IT IS BOTCHED AND OBSTRUCTED DUE TO THE MARYLAND MORTGAGE TASK FORCE IMPLEMENTATION OF THE LAKEWOOD PONZI SCHEME IN THE AREAS OF EMPLOYMENT AND HOUSING USING EEOC TO ENGAGE IN ORGANIZED CRIME. THE MARYLAND MORTGAGE TASK FORCE WAS ABOLISHED BY PRESIDENT OBAMA'S EXECUTIVE ORDER 13519 ON NOVEMBER 17, 2009; BUT STATE AND FEDERAL OFFICIALS CONTINUED TO UTILIZE THE ILLEGAL WORK GROUP TO TARGET SUCCESSFUL MINORITES AND TO OBSTRUCT THEIR CAREER OPPORTUNIES TO ACQUIRE THEIR PROPERTY FOR STATE REO INVENTORY IN VIOLATION OF HARP LOSS MITIGATION MANDATES**

1. The Plaintiff is a resident of Capitol Heights, MD
2. Defendant does Business at the Following Location: Three Lafayette Center, Washington, DC 20036
3. This action is brought pursuant to: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., for employment discrimination on the basis of race (Count 1& Claim 1); Retaliation (Count 2 & Claim 2); Retaliatory willful Failure to Appoint and Re-Hire pursuant to 29 CFR 825.220 (a-e) DUE to government officials alteration of the Plaintiff's employment records with the Internal Revenue Service (Count 3 and Claim 3), and HUMAN TRAFFICKING OF MINOR CHILDREN by Former Board of Director and State of Maryland Judge John P. Davey and the Marylad Mortgage Task Force as an act of retaliatory discrimination because the African American Female Plaintiff engaged in formal and informal protected activity at WMATA and was falsely accused of Crimes Against My Property by the Maryland Mortgage Task Force, which was abolished by President Obama's Executive Order 13519 on November 17, 2009; but the force has willfully engaged in organized crime and have utilized the prestige of their positions to discriminate and advance the interest of their corporate partners in Academia, Transportation, Banking, and the Mortgage Industry (Count 4 and claim 4).
4. The approximate number of people employed by the Defendant is: 1,000 to 5,000
5. The Events that I am complaining about took place on the following dates or time period: From On or about June 1, 2010 to the Present with EEOC (Ongoing), and from November 2015 to the Present with CFTC.

6. I filed charges with EEOC: Washington Field Office located at 131 M Street, NE, Suite 4NW02F; Washington DC 20507 with Linda Mercer an African Amercian Female who is similarly situated and was issued a right to sue letter on June 10, 2016.

## JURISDICTION

1. Plaintiff, an African American female filed a charge of discrimination with OFCCP of the US Department of Labor; who subsequently transferred my systemic complaint to the Equal Employment Opportunity Commission, Charge No. 570-2015-01627 ("EEOC") complaining about WMATA's employment discrimination against the plaintiff on the basis of race, color, and gender, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and 42 U.S.C.§ 2000e, *et seq.*, retaliation, (ADA) and Human Trafficking. A notice of Right to Sue was received by the plaintiff, and this complaint was filed within ninety days (90) of the receipt of the Notice of Right to Sue. As such, plaintiff has complied fully with all prerequisites in this court under Title VII of the Civil Rights Act of 1964 §706 (b), (42 U.S.C. §2000e-5(b)).

2. Compensatory damages are sought pursuant to 42 U.S.C. § 2000e and 42 U.S.C §1981. Title VII of the Civil Rights Act of 1964, §§§703(a) and 704(a) and 706(g) (42 U.S.C. § 2000e-2(a) and (b)),( 42 U.S.C. § 2000e-3(a)),(42 U.S.C. § 2000e-5(g) for the sum of $35 million.

3. Punitive damages are sought pursuant to 42 U.S.C. §2000e. Title VII of the Civil Rights Act of 1964, §§§703(a) and 704(a) and 706(g) (42 U.S.C. § 2000e-2(a) and (b)),( 42 U.S.C. § 2000e-3(a)),(42 U.S.C. § 2000e-5(g)) for the sum of $35 millon

4. **Total Monetary damages sought is $70 million** due to the nature of the hate crimes that WMATA has exuded with the Maryland Mortgage Task Force, Judge John Paul Davey, J.F. Motz, and Judge Theodore Chuang; all who have utilized the prestige of their positions to conceal fraud and retaliatory employment discrimination.

## REQUEST FOR EQUITABLE TOLLING DUE TO THE NEGLIGENCE OF THE ADMINISTRAIVE AGENCIES FROM 2008 TO THE PRESENT

Comes Now, the Plaintiff and establishes the type of "extraordinary circumstances" necessary to invoke equitable tolling. The Plaintiff have diligently pursued her claim and reported the intentional oversights, errors and omissions of staff at EEOC to the Federal Bureau of Investigations and other Federal Law enforcement entities for Obstruction of Justice under Sarbanes Oxley 18 USC 1519 as defined by Yates vs. United States for concealment and fraud, and also failed to enforce Title VII as required under the law. (*Anderson v. Lockheed Martin Corp.*, No. RWT-11-2655, 2012 WL 933215, at *3(D.Md. Mar. 15, 2010). Title VII's 300-day timing requirement, such relief is available to a plaintiff who "(1) diligently pursued h[er] claim; (2) was misinformed or misled by the administrative agency responsible for processing h[er] charge; (3) relied in fact on the misinformation or misrepresentations of that agency, causing her to fail to exhaust his administrative remedies; and (4) was acting *pro se* at the time." *Walton v. Guidant Sales Corp.*, 417 F.Supp.2d 719, 721 (D.Md. 2006).

Claim1 and Count 1: Failure to Appoint and to Hire and Disparate Treatment of Partnership In Education Program participants (PIE) (PIE- in this action serves as protected status for minority students from select schools, who were guaranteed a career-pathway track towards a career in federal government). Many whose Employment Records and SF-50's were robo-signed or altered to make Career Conditional and Permanent Employees Temporary, as an act of retaliatory racial discrimination towards individuals who were granted the PIE protected status by Congress and Treasury Secretary Summers: see (Exhibit 1)

### Background

On Or About June of 1998, I was hired by the Internal Revenue Service, upon graduating from Anacostia Senior High School. The Partnership In Education (PIE) program was extended to minorities in the inner city school system that had been failed systematically by the inner city school system. Congress authorized the implementation of the PIE program to accommodate students from this demographic to ensure that they would be able to acquire marketable skill sets, education, and employability

On or about September 19, 2000, I was made a permanent employee of the United States Department of Treasury (Internal Revenue Service), and was enrolled in the Partnership in Education Program (School to Careers program) with the United States Department of Treasury. My work location was the Internal Revenue Service located at 5000 Ellin Road, Lanham, Md 20709. On or about July 2004, the Partnership in Education program was abolished. see (**Exhibit 1**).

On or about May 21, 2015, I faxed a request for my Personnel Records and SF-50 to the National Archives and Records Administration, Civilian Personnel Records division at (618) 935-3014; the physical office is located at 1411 Boulder Boulevard, Valmeyer, IL 62295. See (**Exhibit 2**)

On or About August of 2014,                 , was forced to      from the National Archives after a probe of his conduct in office found that he made insensitive comments about **women and racial minorities**. Grassley, ranking member on the Senate Judiciary Committee, wrote on Aug. 21 to Joseph Campbell (white, male), deputy assistant director of the FBI's Criminal Investigative Division, who was in charge of the Brachfeld case and leads the council's integrity committee; and also assigned to investigate my Congressional and Presidential Inquiry about the Mortgage Fraud of Fidelity National Financial, and the concealment of the mortgage fraud of Tom Dore, by Judges Diana Motz, J. Frederick Motz, Paul Grimm, Deborah Chasanow, and Theodore Chuang. Rather than to hold the bad actors accountable, Joseph Campbell made insensitive social and political statements towards "women, racial minorities", in the Fourth District which caused the Congresswoman to lose her race to the Senate due to his failure to Faithfully Execute the Law (In violation of the **Failure to Faithfully Execute the Law Act of 2014**) for her constituents who lost their homes and jobs due to the Robo-signing scandal that was onset by Fidelity National Financial, et. al. Fidelity National Financial owns a Human Resources Solutions company named "Ceridian" and also partners with Experian the Credit Bureau.

Rather than holding Branchfeld accountable for hate crimes and then to investigate the damages that Branchfeld, et. al. caused to minority and women employment files, Joseph Campbell adopted Branchfeld's methodology; and continued the pattern upon conspiring with staff at the same office, and the Human Capital office of the Internal Revenue Service to destroy my employment records at the Internal Revenue Service: Specifically, Pamela Sikowitz (white, female) who was formerly employed with the District of Columbia School System and Stephanie Derickson (unknown race). Due to the Misconduct of Brancheld, at el this systemic action is being filed against the respondent under Title VII of the Civil Rights Act of 1964, as amended for the complainant and others similarly situated as Partnership In Education program Students from Anacostia Senior High School, whose employment records were altered from School to Career to temporary employees because of the color of their skin, race, gender, and as an act of retaliation because of the Congressional Protections that this demographic was offered due to the failing school system at the time that the program was implemented in violation of Title VII of the Civil Rights Act of 1964, as

amended and the RICO Act. Joseph Campbell utilized the prestige of his position to also concealed Richard McFeely's obstruction of my Senatorial Congressional Investigation.

This data was indicated on my resume and cover letter; and it is my good faith belief that the Commodity Futures Trading Commission, racially and gender motivated hiring of Dan Rutherford, as Director of the Office of Customer Education Outreach was done so in exchange for the role that he played in Concealing solutions to hold Ponzi Schemers such as Fidelity National Financial Accountable, while having served in the Educational Department at the Consumer Financial Protection Bureau. It is my good faith belief that, Sikowitz and Judge Davey, et. al. conspired to protect Fidelity National Financial, Tom Dore, et. al., Deutsche Bank, and Lender Processing Service to have Dan Rutherford place in the Director of the Office of Customer Education Outreach to protect themselves from prosecution for partaking in the Ponzi scheme in violation of 18 USC 2382; and gave the job to Dan Rutherford (White, Male) for discriminatory purposes and cheated the hiring process as Sewell was not interviewed for the position because of her race, gender, and as an act of retaliation by Ms. Sikowitz and Derickson because I filed a complaint about their collective alteration of my employment records with Joseph Campbell, et. al. in violation of Title VII of the Civil Rights Act of 1964, as amended.

CFTC created the largest internal Ponzi scheme against the United States Treasury via- Operation Broken Trust; and then the FBI partnered with Fidelity National Financial and used Federal Judges to advance the interest of their partner. Their criminal empire is housed in the Fourth Circuit and the bad actors are US Attorney Offices, the FBI, the Criminal and Civil Divisions and the US Trustee Program (State and Federal Trustees were used to launch the Robo-signing scandal an well as the SEC, who permitted Fidelity National Financial to purchase Doc-X Ponzi scheme from Convicted fell on Lorraine Brown for 6 million; and then permitted LPS to conceal their purchase of the entire Ponzi scheme for 2.9 billion dollars; and then allowed FNF to rename the company in 2014 to conceal their purchase of the Ponzi scheme. USPIS, CFTC, IRS-CI, the Federal Trade Commission, The United States Secret Service and The National Association of Attorney Generals; all who were used to conceal fraud and to complicate the personal lives of anyone who exposed their scheme. Robert Mueller influenced congress to hold Eric Holder in contempt and forced him to resign and used the FBI and the courts to try to force the resignation of Barack Obama; using the same Watergate methodology that Diana a Motz, et al used on Richard Nixon and Spiro Agnew in violation of the RICO Act.

Immediately after Sewell engaged in protected activity with EEOC on Monday, **June 6, 2016** for Charge Number **570-2015-01626** Sewell and Mercer vs.WMATA. **On June 7, 2016**, Sewell received notice from Kristen Andrews stating that the CFTC position was filled. Sewell learned that the Director of the Office of Customer Education Outreach Position was filled with Dan Rutherford (white, Male).

Ms. Andrews stated [sic]

"Dear STARSHA SEWELL:
Your application for vacancy announcement number CFTC-OED-2016-0002, Deputy Director, Customer Education and
Outreach, CT-0301-15 has been reviewed. You were determined to be among our best qualified candidates and your application was referred to the selecting official for further consideration. However, you were not selected for the position.
Thank you for applying to our position. We appreciate your interest in employment with the Commodity Futures Trading
Commission.
Sincerely,
Kristin Andrews
Human Resources Specialist
Commodity Futures Trading Commission"

**The Subject Position is as follows:**

**Deputy Director, Customer Education and Outreach**
**COMMODITY FUTURES TRADING COMMISSION**
**Agency Contact Information**
*1 vacancy in the following location:* Washington DC, DC Work Schedule is Full Time - Permanent
Opened Friday 11/6/2015(194 day(s) ago) Closed Friday 12/4/2015(166 day(s) ago)
Salary Range $152,997.00 to $224,721.00 / Per Year Series & Grade CT-0301-15/15 Promotion Potential 15 Supervisory Status Yes

It is my good faith belief that I was not interviewed for this position because of my race, retaliatory alteration of my employment records; retaliatory defamation of judicial officers who had a vested interest in engaging in the Ponzi scheme with Tom Dore, et. al, and Catherine Motz who is the daughter of federal judges J. F. Motz, and Diana Motz in violation of violation of Title VII of the Civil Rights Act of 1964, as amended; and also because my employment records were altered to reflect Temporary employee; rather than career conditional as the Protected PIE program status guaranteed for minority students who were program participants. The Complainant was deemed "Best Qualified" without the Career-Conditional status, hence, the deprivation of the protected status as a Permanent Employee through the "PIE" program caused a non-minority (White Male), to get the job by means of preferential treatment, because Sewell was not interviewed for the opportunity because of her race. However, the organization was able to use information contained in her OPM file, from her previous tenure against her (SF-50 and Pictured Identification), and while the program was abolished; program participant Congressional entitlements and protections are enforceable indefinitely. Not only did the Archives destroy the program files, they et.al engaged in discriminatory destruction of government records.

It is my good faith that I was also not interviewed for the position due to the defamation, illegal, and slanderous judicial order of John P. Davey, and the slanderous Congressional and Presidential Constituent service obstructions of Joseph Campbell, and Richard Mcfeely; along with the slanderous judicial obstructions of Judges J. F. Motz, Diana Motz, Deborah Chasanow, Theodore Chuang, and Judge Paul Grimm, all who engaged in Retaliatory conspiracy with State of Maryland Judicial Officers and Prince Georges County Police, Prince Georges County Courts, and Prince Georges County Department of Social Services (Alice Gregory, who has immediate family that work at WMATA), and Former Board of Director John P. Davey to judicially kidnap the complainant's Children in violation of **Exhibit 2A**, because they had a vested interest in Tom Dore, et al. Ponzi scheme;

**Richard Mcfeely stated [sic]** "As the committee is well aware, the frequency and impact of cyber-attacks on our nation's private sector and government networks have increased dramatically in the past decade, and are expected to continue to grow. Since 2002, the FBI has seen an 84 percent increase in the number of computer intrusion investigations.

Our adversaries in the cyber realm include spies from nation-states who seek our secrets and intellectual property; organized criminals who want to steal our identities and money; terrorists who aspire to attack our power grid, water supply, or other infrastructure; and **hacktivist groups who are trying to make a political or social statement**. It is difficult to overstate the potential impact these threats pose to our economy, our national security, and the critical infrastructure upon which our country relies. The bottom line is we are losing data, money, ideas, and innovation to a wide range of cyber adversaries and much more is at stake.

Director Mueller has said he expects the cyber threat to surpass the terrorism threat to our nation in the years to come. That is why we are strengthening our cyber capabilities in the same way we enhanced our intelligence and national security capabilities in the wake of the September 11th attacks".

Richard McFeely and Detective Jennifer Walker, utilized this exact methodology against me and my children, and engaged in human trafficking and defrauded the courts, because they had a vested interest in concealing mortgage

fraud for Tom Dore, et. al, and Fidelity National Financial, who owns Ceridian, a Human Resources Solutions organization. (**Exhibit 3**) **Exhibit 4**, shows that Judges Motz and Chuang were informed of McFeely's actions. Chuang and Motz also served as Judges on **EEOC Charge Number 570-2014-00828 and EEOC Charge Numbers 570-2012-02268 and their actions were also addressed on 570-2015-01627,** and Judge Diana Motz utilized the prestige of her position to advance the interest of her husband and daughters concealment of mortgage fraud for Tom Dore et.al., Duetsche Bank, and Fidelity National Financail in violation of the RICO Act. Just as Deborah Chasanow and Diana Motz did for Strayer University in EEOC Charge Number **10D-2009-00493. Strayer University is owned in part by the** Duetsche Bank. Furthermore, Strayer University is a partner of Nova South Eastern University, who engaged in discriminatory retaliation with the US Department of Education (Member of the President's Financial Crimes Task Force) to remove me from my academic program for my Doctoral degree, due to the ongoing employment retaliation and human trafficking of Strayer University, Judicial Officers and corrupt members of the Presidents financial crimes task force who have a vested interest in concealing mortgage fraud and FNF's Ponzi Scheme. These cases are being referenced to causally connect human trafficking of persons by the Courts, employers, academia; all of these entities partnered with the Federal Bureau of Investigations under former Director Robert Mueller Watergate reform reorganization. It is my good faith belief, that Nova Southeastern University and Strayer University conspired with FBI leadership to ruin my career in the field with their Congressional obstructions and failure to faithfully execute the law against the Ponzi schemers and internal bad actors. (See **Exhibit 5 & 6**) **Exhibit 6**- Provides direct evidence that the FBI influenced Dan Rutherford's placement in the **Deputy Director, Customer Education and Outreach position at the COMMODITY FUTURES TRADING COMMISSION, because they obstructed all of my CFPB Consumer Complaints listed in Exhibit 6 in violation of Title VI.**

**All Claims and Counts are being filed seeking redress for this COMPLAINT OF EMPLOYMENT DISCRIMINATION PURSUANT TO EXECUTIVE ORDER 11246, AS AMENDED and RETALIATION**
This action is brought pursuant to the Title VII of the Civil Rights Act of 1964, as amended, 42 USC 2000e, et seq. for employment discrimination on the basis of **Sex,**
Race, **Disparate Treatment of PIE Program Participants from Anacostia Senior High School, and Retaliation** for engaging in informal protected activity with Pamela Sikowitz, et al.
4. Failure to Promote Sewell ( September 19, 2000 to Present)
5. Application Discrimination on the basis of sex, race and retaliation- Failure to Interview.
6. Retaliation for engaging in formal and informal protected activity with Pamela Sikowitz and Stephanie Derickson.

<u>Statement of the Case</u>

The Conduct of the Respondent was discriminatory because the Complainant was deprived the right to interview, and to compete with **Excepted Service Status due to the PIE Program Status change that was orchestrated by Joseph Campbell, because of the Complainants** Sex, Race, Gender and this Title VII protection is applicable to others similarly situated African Americans and Women who were subjected to the actions of Paul Branchfeld of the National Archives. Also see (**Exhibit 1**).
**Discrimination, Retaliation, Disparate Impact, and Denial of Promotional Opportunities in violation of the Executive Order 11246, as amended and Title VII of the Civil Rights Act of 1964, as amended. On or about May 17-18, 2016, the Complainant filed Congressional instructions and emailed Judges chambers regarding the actions of select members of the Presidents Financial Crimes Task Force, who utilized the prestige of their positions to have me disqualified from consideration of the** Director of the Office of Customer Education Outreach position, because they had a vested interest in concealing Fidelity National Financial, et al's Ponzi Scheme against the United States Treasury with the Maryland Insurance Administration, who is a default member of The President's Financial Crimes Task Force due to a litigation "Dream Home Scandal" that proceeded under Judge Roger Titus with Richard Mcfeely, Rod Rosenstein, and the Maryland/Washington, DC Mortgage Fraud Task forces; both entities who violated the Failure to Faithfully Execute the Law Act of 2014, when I filed a complaint reporting the Ponzi Scheme to the FBI. However, these entities were

able to get Joseph Campbell, Assistant Director of the Criminal Division of the FBI to get Paul Branchfeld staff, et.al to alter my employment records in exchange for an early retirement; just as James Comey retired out Richard Mcfeely after he obstructed my Senatorial case; and as an act of retaliation because Joseph Campbell concealed the wrongdoing of Richard Mcfeely from Congress; and used his law enforcement position of public office to obstruct my employment opportunities, because of my race and gender. This data is indicated on my cover letter, and it is my good faith belief that the hiring manager refused to hire and or interview me, because they had a vested interest in concealing the Ponzi Scheme on behalf of corrupt and racists members of the Presidents Financial crimes task force in violation of Title VII of the Civil Rights Act of 1964, as amended. **Sewell seeks to have the Race Based Discriminative, Retaliation, Disparate Treatment of the protected status of PIE Program participants (Minority students who were failed by the Dc Public School System, and were placed in a school to career program as a concession for inner city high school graduates at select schools) (Exhibit 1), and Failure to Hire in violation of Title VII of the Civil Rights Act of 1964, as amended.**

Count 1/ Claim 1:

1. This is an action for damages based on unlawful employment practices committed by Defendant Strayer University. Inc., and jurisdiction of this Court is invoked pursuant to the provisions of Title VII of the Civil Rights Act of 1964, §706 (f), (42 U.S.C.§ 2000e-5(f)).

2. Plaintiff brings this action pursuant to the provisions of Title VII of the Civil Rights Act of 1964, §§§703(a) and 704(a) and 706(g) (42 U.S.C. § 2000e-2(a) and (b)),( 42 U.S.C. § 2000e-3(a)),(42 U.S.C. § 2000e-5(g)), for damages to compensate her for the economic loss and other damages caused by Defendant's unlawful employment practices committed against Plaintiff because of the Plaintiff race, color, and gender; and pursuant to (42 U.S.C. §1981).

Wherefore, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to:

1. Make the Plaintiff whole
2. Back Pay
3. Front Pay
4. Monetary Damages in the amount of $70,000,000
5. Injunctive Relief Is also sought: I would like a Compatible Position at the GS 15 Grade level that requires enforcement against Ponzi Scheming entities.

Date 6/29/16

STARSHA M. SEWELL, M.Ed., ProSe

P.O. Box 7073
CAPITOL HEIGHTS, MD 20791